Name: Jonathan A. Slaikeu
Prison Number: 443882
Place of confinement: Spring Creek Correctional Center
Mailing address: 3600 Bette Cato Avenue
City, State, Zip: Seward, Alaska 99664
Telephone:

RECEIVED
AUG 23 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Jonathan A. Slaikeu,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Alaska Dept. of Correction, Sgt. Hamilton, CO Bundy, CO Jones, Superintendant Chris Lyou, ~~Starborte, Sidwood~~, and the commissioner
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. 3:22-CV-00188-RRB
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Jonathan Slaikeu,
(print your name)
who presently resides at SCCC 3600 Bette Cato Ave, Seward, AK 99664
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Sgt. Hamilton__ is a citizen of
(name)
__Alaska__, and is employed as a __Sgt. At ACCE or ACCW for DOC__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __CO Bandy__ is a citizen of
(name)
__AK__, and is employed as a __CO At ACCE or ACCW for DOC__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __CO Jones__ is a citizen of
(name)
__AK__, and is employed as a __CO at ACCE or ACCW for DOC__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **Febuary 26, 2015**, my civil right to **Cruel and unusual punishment**
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by **Sgt. Hamilton**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Sgt. Hamlton was called to the charlie mod sally port after I had been raped by inmate Daniel Kashatok. He then called the state troopers. They took the bloody cloths as evidence and his statement and mine. Sgt. Hamlton said in his report that inmate Kashatok admitted to Raping me. Then I was punitively sanctioned even though my claim of Prea was further substantiated by the DOC Prea Corrdinator, Johnny Wallace. This official was personally responsible in denying my due process right to prosecute this individual. This Sgt. failed to turn over any of this exculpitory evidence that could have got a conviction for sexual assault in the 1st degree. I also have a severe mental Health diagnoisis which has been hindering my avenues of me getting this into court on time according to the 2 year Statute of limitations. Also, I have been being retaliated against by not only DOC officials but also that inmate himself in August, September of last year he put a hit on my head and I had to be administratively moved.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about **Febuary 26, 2015** (Date), my civil right to **cruel and unusual punishment**

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **CO Bundy who works for DOC**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On Feb. 26, 2015 at the 2:00pm count inmate Kashatok pushed me down into the door fram where if he pushed hard enough he could have broke my neck. Then he proceeded to anally rape me. Then after the 2:00 count at 3:00pm, cause no CO did any 30 hour check I went up to CO Bundy and told him to call medical please I have a bleeding anus. He did so and medical told him to tell me to put in an RFI. Then the only time He even thought about calling a Sgt. was I told him I was just roped during the 2:00pm count. His failure to do a 30 minute check that is required by DOC policy winded me up getting raped by an inmate. This blatent disregaurd for my safety and well being constitutes a cruel and unusual punishment claim.

Prisoner § 1983 - 4
PS01, Nov. 2013

Claim 3: On or about Feb 26, 2015 (Date), my civil right to cruel and unusual punishment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by CO Jones who works for DOC
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

His failure to protect me from this prison rape by doing a 30 minute walk constitutes a claim of cruel and unusual punishment. His failure to also preserve the evidence for the State troopers investigation for a criminal conviction of rape constitutes hindering prosecution.

Prisoner § 1983 - 5
PS01, Nov. 2013

Claim 1: On or about **May 23, 2016** (Date), my civil right to **Due process** (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by **Superintendant Chris Lyou of Anchorage Corr. Complex** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On May 23, 2016 Superintedant Chris Lyou denied my right to Due process in this case by saying that my Prea case was unsubstantiated. This is one of the reasons why I believe that the Anchorage DA's office Declined to prosecute the case. But upon futher review the AK DOC Prea Corrdinator further substantiated my claim of a Prison Rape.

Prisoner § 1983 - 3
PS01, Nov. 2013

Case 3:22-cv-00188-RRB   Document 1   Filed 08/23/22   Page 6 of 10

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Jonathan A. Slaiken

Defendant(s): ~~Rpotrad~~ Richard Moses et. al.

Name and location of court: United States District Court of Alask

Docket number: 3:21-CV-0017 Name of judge: Sharon L. Gleason
-SLG

Approximate date case was filed: ~~January~~ Dec 16, 2021  Date of final decision: ~~Dec. 16, 2021~~ January 25, 2022

Disposition:   _X_ Dismissed   ___ Appealed   ___ Still pending

Issues Raised: Double Jepardy claims and ineffective ass. of counsel

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:   ___ Dismissed   ___ Appealed   ___ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

___ Yes   ___ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _X_ Yes ____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: The COs and this inmate still have reach to get me. This inmate pays people to get at me and the CO's allow it.

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 35,000,000

2. Punitive damages in the amount of $ 500,000

3. An order requiring defendant(s) to Teach there Co's, Sgt, and there admin. how to handle a Prison Rape.

4. A declaration that This will never happen to any inmate again.

5. Other: The Commissioner and the Director be taught how to Deal with Prison Rape.

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at SpringCreek Corr. Center on 8-19-22
(Location) (Date)

Jon Staiken
(Plaintiff's Signature)

_____     _____
Original Signature of Attorney (if any)     (Date)

Attorney's Address and Telephone Number

Jonathan A. Slaiken #493882
Spring Creek Correctional Center
3600 Bette Cato Avenue
Seward, Alaska 99664

US POSTAGE
FIRST-CLASS MAIL
$001.92
08/22/2022 ZIP 99664
043M31231434

United States District Court
222 W 7th Avenue Box #4
Anchorage, Alaska 99513